IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSPRO DEVELOPMENT CORP., on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>INTERNATIONAL FLAVORS & FRAGRANCES INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., SYMRISE AG, and SYMRISE INC.,<br><br>  Defendants. | Case No. 2:23-cv-03368<br><br>**NOTICE OF MOTION TO ALLOW JOSHUA H. GRABAR TO APPEAR AND PARTICIPATE** *PRO HAC VICE* |

PLEASE TAKE NOTICE that on June 28, 2023, the undersigned attorney for Plaintiff Cospro Development Corp. ("Plaintiff"), will move before the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102 for an order, pursuant to Local Civil Rule 101.1(c), admitting Joshua H. Grabar to appear and participate *pro hac vice*.

PLEASE TAKE FURTHER NOTICE that Plaintiff will rely upon the certification of Caitlin G. Coslett and the declaration of Joshua H. Grabar in support of this application.

PLEASE TAKE FURTHER NOTICE that oral argument is not requested unless matter is contested.

PLEASE TAKE FURTHER NOTICE that a proposed form of order is submitted herewith.

Dated: June 28, 2023                         Respectfully submitted,

COSPRO DEVELOPMENT CORP.

By: _____
Caitlin G. Coslett (Bar No. 030062009)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
ccoslett@bm.net

2