IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSPRO DEVELOPMENT CORP., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL FLAVORS & FRAGRANCES INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., SYMRISE AG, and SYMRISE INC.,<br><br>    Defendants. | Case No. 2:23-cv-03368<br><br>**CERTIFICATION OF CAITLIN G. COSLETT IN SUPPORT OF APPLICATION TO ALLOW JOSHUA H. GRABAR TO APPEAR AND PARTICIPATE *PRO HAC VICE*** |

CAITLIN G. COSLETT hereby certifies and says:

1. I am a Shareholder at Berger Montague PC and admitted to practice in the States of New Jersey and Pennsylvania, and the United States District for the District of New Jersey.

2. I have been retained by Plaintiff Cospro Development Corp. as counsel in the above-captioned matter.

3. I make this certification in support of an application to admit Joshua H. Grabar to appear and participate *pro hac vice*.

4. I understand and have informed Joshua H. Grabar that, in the event that the Court grants this application, all notices, orders and pleadings shall be served upon me as local counsel, and I shall promptly notify counsel of their receipt, and that only an attorney admitted to practice before this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: June 28, 2023

Caitlin G. Coslett (Bar No. 030062009)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
ccoslett@bm.net