Caitlin G. Coslett
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ccoslett@bm.net

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSPRO DEVELOPMENT CORP., on behalf of itself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>INTERNATIONAL FLAVORS & FRAGRANCES INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., SYMRISE AG, AND SYMRISE INC.,<br><br>*Defendants*. | Civil Action No.: 2:23-cv-03368-WJM-JBC |

### DECLARATION OF JOSHUA H. GRABAR IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, **Joshua H. Grabar,** of full age, make this application to appear as counsel *pro hac vice* in the above-captioned action, and declare as follows:

1

1. I am an attorney licensed to practice in the Commonwealth of Pennsylvania and the State of New York Columbia, and am the Principal of Grabar Law Office, co-counsel for Plaintiff in the above captioned matter. I submit this Declaration in support of Plaintiffs' application to appear *pro hac vice* in this matter. I am personally familiar with the facts set forth herein.

2. Below is a list of the Bars to which I am admitted to practice, year of admission, and location of the office where the records of bar admissions are kept for that bar:

   - The Supreme Court of the Commonwealth of Pennsylvania since November 12, 1998 (Supreme Court of Pennsylvania, Eastern District, 468 City Hall, Philadelphia, PA 19107)

   - The U.S. District Court for the Eastern District of Pennsylvania since January 21, 1999 (Clerk of Court, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106)

   - The United States Court of Appeals for the Third Circuit since January 21, 1999 (Office of the Clerk, United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1790)

   - The State of New York since April 19, 2022 (State of New York, Appellate Division, Third Judicial Department, P.O. Box 7288, Capitol Station, Albany, New York 12224-0288)

   - The United States District Court for the Southern District of New York since May 3, 2022 (Clerk of Court, United States District Court Southern District of New York, 500 Pearl Street, Room 120, New York, NY 10007)

- The United States District Court for the Eastern District of New York since May 3, 2022 (Clerk of Court United States District Court Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201)

3. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction. I understand that I have a continuing obligation during the period of my *pro hac vice* admission to promptly advise the Court of the institution or disposition of any disciplinary proceedings against me.

4. If I am *admitted pro hac vice,* I agree to:

    a. associate with Berger Montague, or another New Jersey attorney of law representing Plaintiffs, who will continue to serve as counsel in this matter; will review and sign all pleadings, briefs, and other papers filed with the Court; and will be responsible for my conduct;

    b. adhere to the Rules Governing the Court of the State of New Jersey, including Rules of Professional Conduct and all Disciplinary Rules;

    c. comply with New Jersey Court Rule 1:28-2(a), requiring annual payment into the New Jersey Lawyers' Fund for Client Protection;

    d. make a payment of $150.00 to the United States District Court Clerk; and,

    e. otherwise comply with all the terms and conditions of the Rules of Court.

I hereby declare under penalty of perjury that the foregoing is true and correct.

I respectfully request that this Court grant Plaintiff's application to have me admitted *pro hac vice* for all purposes in this matter, including trial.

Dated: June 22, 2023

Joshua H. Grabar