**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| COSPRO DEVELOPMENT CORP., on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>INTERNATIONAL FLAVORS & FRAGRANCES INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., SYMRISE AG, and SYMRISE INC.,<br><br>     Defendants. | Case No. 2:23-cv-03368<br><br>**STATEMENT AS TO WHY NO BRIEF IS NECESSARY** |

The undersigned, co-counsel for Plaintiff Cospro Development Corp., respectfully submits pursuant to L. Civ. R. 7.1(d)(1) that no brief is necessary in connection with the motion for an order allowing Joshua H. Grabar to appear and participate *pro hac vice* in this matter, because such motion is in the discretion of the District Judge and does not raise any issue of law.

Dated: June 28, 2023

Respectfully submitted,

By: _____
Caitlin G. Coslett (Bar No. 030062009)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
ccoslett@bm.net