## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

COSPRO DEVELOPMENT CORP., on
behalf of itself and all others similarly
situated,

      Plaintiff,

v.

INTERNATIONAL FLAVORS &
FRAGRANCES INC., GIVAUDAN SA,
GIVAUDAN FRAGRANCES CORP., DSM-
FIRMENICH AG, FIRMENICH
INTERNATIONAL SA, FIRMENICH INC.,
AGILEX FLAVORS & FRAGRANCES,
INC., SYMRISE AG, and SYMRISE INC.,

      Defendants.

Case No. 2:23-cv-03368

**[PROPOSED] ORDER PERMITTING
JOSHUA H. GRABAR TO APPEAR AND
PARTICIPATE *PRO HAC VICE***

THIS MATTER having been brought before the Court by Caitlin G. Coslett, Esq. of

Berger Montague PC, an attorney for Plaintiff Cospro Development Corp. ("Plaintiff"), and the

Court having considered the matter, and for good cause shown:

IT IS on this _____ day of _____, 2023

ORDERED AS FOLLOWS:

1.     Joshua H. Grabar, a member of the bars of Pennsylvania and New York, is hereby

permitted to appear and participate *pro hac vice* to represent plaintiffs in this action;

2.     Mr. Grabar is hereby directed to:

a.     Abide by all disciplinary rules of this Court during the time of her *pro hac

vice* admission;

b.     Notify the Court immediately of any matter affecting her standing at the

Bar of any other court;

       c.     Make payment to the New Jersey Lawyer's Fund for Client Protection as required by the New Jersey Court Rule 1:28-2;

       d.     Consent to the appointment of the Clerk of the United States District Court as agent upon whom service of process may be made for all actions against her, that may arise out of her participation in this matter;

       e.     Have all pleadings, briefs and other papers filed with the court signed by an attorney of record authorized to practice in this state and Court; and

       f.     Make payment of $150 payable to the Clerk of the United States District Court as required by Local Civil Rule 101.1(c)(3).

 

                                      _____

                                      Honorable William J. Martini, USDJ