IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSPRO DEVELOPMENT CORP., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL FLAVORS & FRAGRANCES INC., GIVAUDAN SA, GIVAUDAN FRAGRANCES CORP., DSM-FIRMENICH AG, FIRMENICH INTERNATIONAL SA, FIRMENICH INC., AGILEX FLAVORS & FRAGRANCES, INC., SYMRISE AG, and SYMRISE INC.,<br><br>    Defendants. | Case No. 2:23-cv-03368<br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on June 28, 2023, a copy of the foregoing NOTICE OF MOTION TO ADMIT JOSHUA H. GRABAR TO APPEAR AND PARTICIPATE *PRO HAC VICE*; STATEMENT AS TO WHY NO BRIEF IS NECESSARY; CERTIFICATION OF CAITLIN G. COSLETT IN SUPPORT OF APPLICATION TO ALLOW JOSHUA H. GRABAR TO APPEAR AND PARTICIPATE *PRO HAC VICE*; DECLARATION OF JOSHUA H. GRABAR TO APPEAR AND PARTICIPATE *PRO HAC VICE*; [PROPOSED] ORDER PERMITTING JOSHUA H. GRABAR TO APPEAR AND PARTICIPATE *PRO HAC VICE*; and CERTIFICATE OF SERVICE was filed electronically.

Those attorneys who are registered with the Electronic Filing System may access this filing through the Court's System and notice of this filing will be sent to these parties by operation of the Court's Electronic Filing System.

                                                                /s/ Caitlin G. Coslett
_____

Caitlin G. Coslett (Bar No. 030062009)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 875-3000
ccoslett@bm.net